# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **GUADALUPE ADAMS, Individually,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 6:15-cv-3266** |
| | : | |
| **KENCO, Inc.** | : | |
| **A Domestic Company** | : | |
| **Defendant** | : | |

---

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the parties to this action have reached an agreement regarding all disputed issues in this case. The parties are in the process of finalizing their settlement and anticipate filing a joint stipulation for dismissal within thirty (30) days.

Plaintiff requests that the Court adjourn all upcoming deadlines while the parties finalize this settlement.

Dated: October 28, 2015

/s/ Pete M. Monismith
Pete M. Monismith
Kansas Bar #26379
3945 Forbes Ave., #175
Pittsburgh, PA 15213
ph. (724) 610-1881
Pete@monismithlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's

CM/ECF system upon all parties of record this 28th day of October 2015.


By: /s/ Pete M. Monismith___
Pete M. Monismith, Esq.
3945 Forbes Ave., #175
Pittsburgh, PA 15213
Ph: 724-610-1881
Fax: 412-258-1309
Pete@monismithlaw.com

2