UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GUADALUPE ADAMS, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 6:15-cv-3266 |
| KENCO, Inc. | : |
| A Domestic Company | : |
| Defendant | : |

## JOINT STIPULATION OF
## FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff, Guadalupe Adams ("Plaintiff") and Defendant, KENCO, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above captioned matter.

1. All of Plaintiff's claims in this Lawsuit are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

Dated: December 28, 2015

/s/ Kristie S. Crawford

/s/ Pete M. Monismith
Pete M. Monismith, Esq
3945 Forbes Ave., #175
Pittsburgh, PA 15213
724-610-1881
pete@monismithlaw.com
PA-84746

*Attorney for Plaintiff*

Kristie S. Crawford, #52039
BROWN & JAMES, P.C.
300 John Q. Hammons Parkway,
Suite 603
Springfield, MO 65806
417-831-1412 telephone
417-831-6062 facsimile
kcrawford@bjpc.com
Attorneys for Defendant