IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GUADALUPE ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:15-cv-3266-MDH |
| | ) | |
| KENCO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Joint Stipulation of Full and Final Dismissal with Prejudice. (Doc. No. 18). Based on the parties' stipulation, the Court hereby dismisses this case in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: December 29, 2015

                                            */s/ Douglas Harpool*
                                            **DOUGLAS HARPOOL**
                                            **UNITED STATES DISTRICT JUDGE**